## STATE OF CONNECTICUT *v.* JAMES D. LINLEY
### (15190)

Landau, Heiman and Daly, Js.

Argued May 28—officially released June 18, 1996

Per Curiam. The judgment is affirmed.

## IN RE ALLAN D. ET AL.
### (14914)

Foti, Heiman and Spear, Js.

Argued May 29—officially released June 18, 1996

Per Curiam. The judgment is affirmed.